No. 591. LaVALLEE, WARDEN, ET AL. *v.* CORBO. Motion of respondent for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Irving Anolik* and *Walter E. Dillon* for petitioners. *M. Bernard Aidinoff* for respondent.

No. 308, Misc. CANNON *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied. Petitioner *pro se.* *Robert Y. Thornton,* Attorney General of Oregon, and *Robert G. Danielson,* Assistant Attorney General, for respondent.

No. 9. SMITH *v.* CALIFORNIA, *ante,* p. 147; and

No. 383. CUNNINGHAM *v.* ENGLISH ET AL., *ante,* pp. 897, 905. Petitions for rehearing denied.

JANUARY 26, 1960.

No. ——. UNITED STATES *v.* THOMAS, REGISTRAR OF VOTERS OF WASHINGTON PARISH, LOUISIANA, ET AL.

*Per Curiam:*

The application of the United States for an order vacating the stay order of the Court of Appeals entered January 21, 1960, and reinstating the decree of the District Court, together with the request of the Attorney General of Louisiana for argument thereon, has been considered by the Court.

1. It appears, as respondents pointed out in their application to the Court of Appeals for the stay herein, that the issues in No. 64, *United States* v. *Raines,* now pending on appeal in this Court, are pertinent to the disposition of this case. In view of this, and of the fact